NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7107

WILLIAM B. TWINE,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant. Of counsel was Kathy A. Lieberman, Lieberman & Mark, of Washington, DC.

Domenique Kirchner, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Jeanne E. Davidson, Director, Todd M. Hughes, Deputy Director, and Hillary A. Stern, Trial Attorney. Of counsel were David J. Barrans, Deputy Assistant General Counsel, and Jamie L. Mueller, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Appealed from: United States Court of Appeals for Veterans Claims

Judge Bruce E. Kasold

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7107

WILLIAM B. TWINE,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

# Judgment

ON APPEAL from the    United States Court of Appeals
                      for Veterans Claims

in CASE NO(S).        06-1414.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    Per Curiam (MAYER, BRYSON, and PROST, <u>Circuit Judges</u> )

        <u>AFFIRMED</u>.  <u>See</u> Fed. Cir. R. 36.

        ENTERED BY ORDER OF THE COURT

DATED <u>May 8, 2009</u>         <u>/s/ Jan Horbaly</u>
                          Jan Horbaly, Clerk